No. 87–447. CASTILLE, DISTRICT ATTORNEY OF PHILADEL-PHIA COUNTY *v.* HARRIS ET AL. C. A. 3d Cir. Motion of respondents Martin Harris et al. for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 87–5077. BROOKS *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.